

# MARINE FUEL DELIVERY NOTE
## MARPOL Annex VI Supplement

**NuStar Energy Services Inc.**

PO BOX 781609
San Antonio, TX  78248
Tel: 210-918-2000
Fax:  210-918-3521
Email: bunkers@nustarenergy.com

HMG – 43211

| VESSEL NAME: Clipper Enyo | IMO NO. 9827217 | DATE DELIVERY COMMENCED: 1-27-22 |
|---|---|---|
| DELIVERY LOCATION / PORT: Targa 1 | ORDER NO. 0020169014 | AGENT: Cory Bros |
| BARGE NAME / DOCK# / OTHER: JDRF 22 | | |
| PRODUCT NAME / QUANTITY (IN METRIC TONS) / /DENSITY AT 15 DEGREES CENTIGRADE / SULFUR | | |
| HSFO / 850MT / 985.5 / 3.15 | | |
| PRODUCT NAME / QUANTITY (IN METRIC TONS) / /DENSITY AT 15 DEGREES CENTIGRADE / SULFUR | | |
| N/A | | |

Seller certifies the fuel oil supplied conforms with MARPOL Annex VI regulation 18.3 and the sulfur content of the fuel oil supplied does not exceed:

☐ The limit value given by regulation 14.1 of this Annex;
  3.5% m/m through December 31, 2019
  0.5% m/m Effective January 1, 2020

☐ The limit value given by regulation 14.4 of this Annex; or
  0.10%m/m in Emissions Control Areas

☑ The purchaser's specified limit value of 3.5 (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
  1. in combination with an equivalent means of compliance in accordance with regulation 4 of this Annex: or
  2. is subject to a relevant exemption for a ship to conduct trials for sulfur oxides emission reduction and control technology research in accordance with regulation 3.2 of this Annex.

Delivering Vessel Master/Tankerman : M. Reed

This BDN is governed by NuStar's General Terms and Conditions, which are available upon request.

Master/Chief Engineer: _____ Stamp _____

# MARINE FUEL DELIVERY NOTE



NuStar Energy Services, Inc.

PO BOX 781609
San Antonio, TX 78248
Tel: 210-918-2000
Fax: 210-918-3521
E-Mail: bunkers@nustarenergy.com

HMG-43211

| VESSEL NAME: | IMO NO. | DATE: |
|---|---|---|
| Clipper Enyo | 9827217 | 1-28-22 |
| DELIVERY LOCATION: | ORDER NO. | AGENT: |
| Targa 1 | 0020169014 | Cory Bros |
| BARGE NAME / DOCK# / OTHER: | NEXT PORT OF CALL: | |
| JDRF 22 | ANTWERP | |

| PRODUCT | GROSS BBLS | NET BBLS | TEMP | API | WEIGHT METRIC TONS |
|---|---|---|---|---|---|
| HSFO | 5558.67 | 5434.93 | 117 | 12 | 850.61 |
| | | | | | |
| | | | | | |

| GRADE | VISCOSITY CST @ 50C | DENSITY @ 15C, kg/m3 | FLASH POINT (°F) | POUR POINT (°F) | MCR (%m/m) | SULFUR (% m/m) | VAN (mg/kg) | CETANE NO. (DIESEL) |
|---|---|---|---|---|---|---|---|---|
| HSFO | 303.67 | 985.5 | 187 | 10 | 15.00 | 3.15 | 241 | N/A |

| | DATE | TIME |
|---|---|---|
| BARGE ALONGSIDE | 1-27 | 1915 |
| HOSE CONNECTED | 1-27 | 2000 |
| STARTED PUMPING | 1-27 | 2055 |
| FINISHED PUMPING | 1-28 | 0105 |
| HOSE DISCONNECTED | 1-28 | 0130 |
| BARGE AWAY | 1-28 | 0155 |

DMA (ONLY) DYED DIESEL FOR NON TAXABLE USE ONLY
NOT TxLED DIESEL UNDER 30 TAC SEC 312-319 MAY NOT BE USED IN AFFECTED COUNTIES
The above specifications are only to be used as typical, except for Sulfur

Initial Only

| | YES | NO |
|---|---|---|
| VESSEL REPRESENTATIVE WITNESSED SAMPLING | ✓ | ☐ |
| VESSEL REPRESENTATIVE WITNESS GUAGING/METER | ✓ | ☐ |

| SAMPLES/SEAL # | | | |
|---|---|---|---|
| | IFO | IFO | MGO/MDO |
| SHIP | 1074229 | | |
| NESI | 1074230 | | |
| NESI | 1074149 | | |
| MARPOL | 1074150 | | |

ANY DISCLAIMER BY THE PURCHASER OF THE MARINE FUELS COVERED BY THIS NOTE WILL HAVE NO FORCE OR EFFECT, REGARDLESS OF WHETHER THE DISCLAIMER IS IN THE FORM OF A STAMP, A HANDWRITTEN STATEMENT, OR ANY OTHER FORM. WITHOUT LIMITING THE FOREGOING, NO DISCLAIMER BY THE PURCHASER OF MARINE FUELS COVERED BY THIS NOTE WILL ALTER OR WAIVE: THE INFORMATION CONTAINED IN THIS NOTE; THE SELLER'S MARITIME LIEN AGAINST THE RECEIVING VESSEL FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE; OR THE RECEIVING VESSEL'S LIABILITY FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE.

THE SAMPLE RETAINED BY SELLER WILL BE DEEMED THE ONLY REPRESENTATIVE SAMPLE OF THE MARINE FUELS COVERED BY THIS NOTE. NO SAMPLE RETAINED BY THE PURCHASER MAY BE USED AS EVIDENCE IN ANY LEGAL PROCEEDING ARISING OUT OF THE SALE OF MARINE FUELS TO WHICH THIS NOTE IS RELATED.

M. Reed
NuStar Energy Services, Inc.

Master / Chief Engineer

I declare the information given above is true and correct to the best of my knowledge and belief; that I have knowledge of the facts set forth herein; that the articles described in this notice of lading were received in the quantities stated from the person and on the date indicated above; that said articles were laden on the vessel named above for use on said vessel as supplies, except as noted below. Received for use as bunkers together with representative sample, the quantities shown above. Exact quantities subject to correction in case or error.

