EXHIBIT
3

AmSpec

**AmSpec Iberia S.L.Unipersonal**
**Algeciras Laboratory**
Pol. Ind. Las Marismas III, C/ Océano Pacífico S/N (Spain) CP:11379
Telephone: +34 956 045 760 E-mail: algeciras.lab@amspecgroup.com
CIF : B72083769

# ANALYTICAL REPORT - PROGRESS 3

| Sample Information | | Laboratory Information | |
|---|---|---|---|
| *Y/ Ref: | N/A | Job Number: | 13694 |
| *Label: | N/A | O/ Ref: | 649-22-00149 |
| *Origin: | AZORES | Label: | AMSPEC |
| *Grade: | FUEL OIL | Sample Package: | 4 X 1L PLASTIC BOTTLE |
| *Seal Nº: | 4385336-4385333-4385356-4385357 | Seal Nº: | N/A |
| *Identification: | CLIPPER ENYO | Date of reception: | 16/02/2022 |
| *Sampling date: | 10/02/2022 | Date Analysis started: | 16/02/2022 |
| *Sampled by: | SUBMITTED SAMPLE | Date Analysis completed: | |
| *Description: | SHIP´S TANKS COMPOSITE (TK 1P, TK 1S & TK 2S) | Description: | FUEL OIL |

| | |
|---|---|
| *Customer: | NuStar Energy L.P |
| *Address: | |

| Parameter | Units | Method | Result | Limit | Note |
|---|---|---|---|---|---|
| Density at 15ºC | g/mL | ISO 12185:1996/Cor.1:2001 | 0,9854 | | |
| Kinematic viscosity at 50 ºC (Procedure A) | $mm^2/s$ | ISO 3104:2020 | 292,7 | | |
| Water by distillation | % (v/v) | ISO 3733:1999 | 0,1 | | |
| Sulphur content | % (m/m) | ISO 8754:2003 | 2,97 | | |
| # Flash point (Proced. B - Electric ignitor) | °C | ISO 2719:2016 | 82,5 | | |
| # Pour point | °C | ISO 3016:2019 | -15 | | |
| # Carbon Residue Micro Method | % (m/m) | ISO 10370:2014 | 14,73 | | |
| # Ash | % (m/m) | ISO 6245:2001 | 0,101 | | |
| # Aluminium | mg/kg | IP 501/05 | 93 | | |
| # Silicon | mg/kg | IP 501/05 | 61 | | |
| # Al + Si | mg/kg | IP 501/05 | 154 | | |
| # Vanadium | mg/kg | IP 501/05 | 225 | | |
| # Sodium | mg/kg | IP 501/05 | 16 | | |
| ULOs | | | | | |
| # Calcium | mg/kg | IP 501/05 | 13 | | |
| # Zinc | mg/kg | IP 501/05 | 6 | | |
| # Phosphorous | mg/kg | IP 501/05 | 14 | | |
| # Total Sediment Aged (Proced. A) [TSP] | % (m/m) | ISO 10307-2:2009/Cor 1:2010 | In Progress | | |
| # Total Acid Number | mg KOH /gr | ASTM D664 - 18e2 | 0,34 | | |
| # $H_2S$ Content | mg/kg | IP 570/15 | <0,60 | | |
| # CCAI | | ISO 8217:2017/Calculated | 849 | | |

(I) 102,8 Kpa; Absolute Barometric Pressure.

**The laboratory is not responsible of the information provided by the customer, sample owner or the taker.*
*The test results shown on this report affect only to the samples received in this laboratory, as they were received, and not necessarily to the whole from which these samples were drawn.*
*Precision parameters apply in the evaluation of the test results specified above. Please also refer to ASTM D3244 (Excep for RFG), IP 367 and appendix E of IP standard methods for analysis and testing in respect to the utilization of test data to determine conformance with the specifications.*
*The samples will be kept for a period of three months.*
*Estimated uncertainties are not included in the report, however they are available upon customer request.*
*This report cannot be partially reproduced without the written approval of the issuing laboratory.*

*Tests marked with # are not included in the scope of the ISO 17025 accreditation.*

| | |
|---|---|
| Date of Report | 17/02/2022 |
| Name/s | Juan V. López-Canales |
| Signature/s | Chief Analyst |

ENAC
ENSAYOS
Nº 1383/LE2570

AmSpec Iberia S.L.
C/Océano Pacífico s/n
Parque Empresarial "Las Marismas"
11379 Los Barrios (Cádiz, Spain)

Authorized by Juan José Peña
Laboratory Manager