

# ISO 8217 2010 FUEL STANDARD

ISO 8217 2010 Fuel Standard for marine distillate fuels

**EXHIBIT 4**

## REQUIREMENTS FOR MARINE DISTILLATE FUELS

| Characteristic | | Unit | Limit | Category ISO-F- | | | | Test method reference |
|---|---|---|---|---|---|---|---|---|
| | | | | DMX | DMA | DMZ | DMB | |
| Kinematic viscosity at 40 °C [a] | | mm$^2$/s | max. | 5,500 | 6,000 | 6,000 | 11,00 | ISO 3104 |
| | | | min. | 1,400 | 2,000 | 3,000 | 2,000 | |
| Density at 15 °C | | kg/m$^3$ | max. | – | 890,0 | 890,0 | 900,0 | see 7.1 ISO 3675 or ISO 12185 |
| Cetane index | | – | min. | 45 | 40 | 40 | 35 | ISO 4264 |
| Sulfur [b] | | mass % | max. | 1,00 | 1,50 | 1,50 | 2,00 | see 7.2 ISO 8754 ISO 14596 |
| Flash point | | °C | min. | 43,0 | 60,0 | 60,0 | 60,0 | see 7.3 ISO 2719 |
| Hydrogen sulfide [c] | | mg/kg | max. | 2,00 | 2,00 | 2,00 | 2,00 | IP 570 |
| Acid number | | mg KOH/g | max. | 0,5 | 0,5 | 0,5 | 0,5 | ASTM D664 |
| Total sediment by hot filtration | | mass % | max. | – | – | – | 0,10 [e] | see 7.4 ISO 10307-1 |
| Oxidation stability | | g/m$^3$ | max. | 25 | 25 | 25 | 25 [f] | ISO 12205 |
| Carbon residue: micro method on the 10 % volume distillation residue | | mass % | max. | 0,30 | 0,30 | 0,30 | – | ISO 10370 |
| Carbon residue: micro method | | mass % | max. | – | – | – | 0,30 | ISO 10370 |
| Cloud point | | °C | max. | –16 | – | – | – | ISO 3015 |
| Pour point (upper) [d] | winter quality | °C | max. | –6 | –6 | –6 | 0 | ISO 3016 |
| | summer quality | °C | max. | 0 | 0 | 0 | 6 | ISO 3016 |
| Appearance | | – | – | Clear and bright [j] | | | [e, f, g] | see 7.6 |
| Water | | volume % | max. | – | – | – | 0,30 [e] | ISO 3733 |
| Ash | | mass % | max. | 0,010 | 0,010 | 0,010 | 0,010 | ISO 6245 |
| Lubricity, corrected wear scar diameter (wsd 1,4) at 60 °C [h] | | µm | max. | 520 | 520 | 520 | 520 [g] | ISO 12156-1 |

**a**  1 mm$^2$/s = 1 cSt.
**b**  Notwithstanding the limits given, the purchaser shall define the maximum sulfur content in accordance with relevant statutory limitations. See Annex C.
**c**  Due to reasons stated in Annex D, the implementation date for compliance with the limit shall be 1 July 2012. Until such time, the specified value is given for guidance. For distillate fuels the precision data are currently being developed.
**d**  Purchasers should ensure that this pour point is suitable for the equipment on board, especially if the ship operates in cold climates.
**e**  If the sample is not clear and bright, the total sediment by hot filtration and water tests shall be required, see 7.4 and 7.6.
**f**  If the sample is not clear and bright, the test cannot be undertaken and hence the oxidation stability limit shall not apply.
**g**  If the sample is not clear and bright, the test cannot be undertaken and hence the lubricity limit shall not apply.
**h**  This requirement is applicable to fuels with a sulfur content below 500 mg/kg (0,050 mass %).
**i**  If the sample is dyed and not transparent, then the water limit and test method as given in 7.6 shall apply.

Permission to reproduce extracts of standards has been granted by Standard Norge.  No other use of this material is permitted.  Full standards may be obtained from the Standard Norge online shop, found at: https://www.standard.no/en/webshop/



marine@wfscorp.com  |  **wfscorp.com**



# ISO 8217 2010 FUEL STANDARD

ISO 8217 2010 Fuel Standard for marine residual fuels

## REQUIREMENTS FOR MARINE RESIDUAL FUELS

| Characteristic | Unit | Limit | Category ISO-F- | | | | | | | | | | | Test method reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMA | RMB | RMD | RME | RMG | | | | RMK | | | |
| | | | 10 [a] | 30 | 80 | 180 | 180 | 380 | 500 | 700 | 380 | 500 | 700 | |
| Kinematic viscosity at 50 °C [b] | mm²/s | max. | 10,00 | 30,00 | 80,00 | 180,0 | 180,0 | 380,0 | 500,0 | 700,0 | 380,0 | 500,0 | 700,0 | ISO 3104 |
| Density at 15 °C | kg/m³ | max. | 920,0 | 960,0 | 975,0 | 991,0 | 991,0 | | | | 1010,0 | | | see 7.1 ISO 3675 or ISO 12185 |
| CCAI | – | max. | 850 | 860 | 860 | 860 | 870 | | | | 870 | | | see 6.3 a) |
| Sulfur [c] | mass % | max. | Statutory requirements | | | | | | | | | | | see 7.2 ISO 8754 ISO 14596 |
| Flash point | °C | min. | 60,0 | 60,0 | 60,0 | 60,0 | 60,0 | | | | 60,0 | | | see 7.3 ISO 2719 |
| Hydrogen sulfide [d] | mg/kg | max. | 2,00 | 2,00 | 2,00 | 2,00 | 2,00 | | | | 2,00 | | | IP 570 |
| Acid number [e] | mg KOH/g | max. | 2,5 | 2,5 | 2,5 | 2,5 | 2,5 | | | | 2,5 | | | ASTM D664 |
| Total sediment aged | mass % | max. | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | | | | 0,10 | | | see 7.5 ISO 10307-2 |
| Carbon residue: micro method | mass % | max. | 2,50 | 10,00 | 14,00 | 15,00 | 18,00 | | | | 20,00 | | | ISO 10370 |
| Pour point (upper) [f] winter quality | °C | max. | 0 | 0 | 30 | 30 | 30 | | | | 30 | | | ISO 3016 |
| Pour point (upper) [f] summer quality | °C | max. | 6 | 6 | 30 | 30 | 30 | | | | 30 | | | ISO 3016 |
| Water | volume % | max. | 0,30 | 0,50 | 0,50 | 0,50 | 0,50 | | | | 0,50 | | | ISO 3733 |
| Ash | mass % | max. | 0,040 | 0,070 | 0,070 | 0,070 | 0,100 | | | | 0,150 | | | ISO 6245 |
| Vanadium | mg/kg | max. | 50 | 150 | 150 | 150 | 350 | | | | 450 | | | see 7.7 IP 501, IP 470 or ISO 14597 |
| Sodium | mg/kg | max. | 50 | 100 | 100 | 50 | 100 | | | | 100 | | | see 7.8 IP 501, IP 470 |
| Aluminium plus silicon | mg/kg | max. | 25 | 40 | 40 | 50 | 60 | | | | 60 | | | see 7.9 IP 501, IP 470 or ISO 10478 |
| Used lubricating oils (ULO): calcium and zinc or calcium and phosphorus | mg/kg | – | The fuel shall be free from ULO. A fuel shall be considered to contain ULO when either one of the following conditions is met: calcium > 30 and zinc > 15; or calcium > 30 and phosphorus > 15 | | | | | | | | | | | see 7.10 IP 501 or IP 470 IP 500 |

[a] This category is based on a previously defined distillate DMC category that was described in ISO 8217:2005, Table 1. ISO 8217:2005 has been withdrawn.
[b] 1 mm²/s = 1 cSt.
[c] The purchaser shall define the maximum sulfur content in accordance with relevant statutory limitations. See 0.3 and Annex C.
[d] Due to reasons stated in Annex D, the implementation date for compliance with the limit shall be 1 July 2012. Until such time, the specified value is given for guidance.
[e] See Annex H.
[f] Purchasers shall ensure that this pour point is suitable for the equipment on board, especially if the ship operates in cold climates.

Permission to reproduce extracts of standards has been granted by Standard Norge. No other use of this material is permitted. Full standards may be obtained from the Standard Norge online shop, found at: https://www.standard.no/en/webshop/



marine@wfscorp.com | wfscorp.com