

　　　　　　　　　　　　　　　　　　gibunkering.com

---

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Thursday, February 17, 2022 9:03 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Please find attached received this morning from Amspec. The results do show quite a bit better AL+SI levels, however, Amspec still reports them above ISO's 2005 limit of 80. Do you happen to know what the max AL+SI the vessel is able to handle?

Should you need anything else, please let us know.

## Andy Downs

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

---

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Thursday, February 17, 2022 7:36 AM
**To:** Downs, Andy