

# ISO 8217 2005 FUEL STANDARD

ISO 8217 2005 Fuel Standard for marine distillate fuels

EXHIBIT 6

## REQUIREMENTS FOR MARINE DISTILLATE FUELS

| Characteristic | Unit | Limit | Category ISO-F- DMX | DMA | DMB | DMC [a] | Test method reference |
|---|---|---|---|---|---|---|---|
| Density at 15 °C | kg/m$^3$ | max. | – | 890,0 | 900,0 | 920,0 | ISO 3675 or ISO 12185 (see also 7.1) |
| Viscosity at 40 °C | mm$^2$/s [b] | min. max. | 1,40 5,50 | 1,50 6,00 | – 11,0 | – 14,0 | ISO 3104 ISO 3104 |
| Flash point | °C | min. min. | – 43 | 60 – | 60 – | 60 – | ISO 2719 (see also 7.2) |
| Pour point (upper) [c] – winter quality – summer quality | °C | max. max. | – – | – 6 0 | 0 6 | 0 6 | ISO 3016 ISO 3016 |
| Cloud point | °C | max. | –16 [d] | – | – | – | ISO 3015 |
| Sulfur | % (m/m) | max. | 1,00 | 1,50 | 2,00 [e] | 2,00 [e] | ISO 8754 or ISO 14596 (see also 7.3) |
| Cetane index | – | min. | 45 | 40 | 35 | – | ISO 4264 |
| Carbon residue on 10% (V/V) distillation bottoms | % (m/m) | max. | 0,30 | 0,30 | – | – | ISO 10370 |
| Carbon residue | % (m/m) | max. | – | – | 0,30 | 2,50 | ISO 10370 |
| Ash | % (m/m) | max. | 0,01 | 0,01 | 0,01 | 0,05 | ISO 6245 |
| Appearance [f] | – | – | Clear and bright | | [f] | – | See 7.4 and 7.5 |
| Total sediment, existent | % (m/m) | max. | – | – | 0,10 [f] | 0,10 | ISO 10307-1 (see 7.5) |
| Water | % (V/V) | max. | – | – | 0,3 [f] | 0,3 | ISO 3733 |
| Vanadium | mg/kg | max. | – | – | – | 100 | ISO 14597 or IP 501 or IP 470 (see 7.8) |
| Aluminium plus silicon | mg/kg | max. | – | – | – | 25 | ISO 10478 or IP 501 or IP 470 (see 7.9) |
| Used lubricating oil (ULO) | | | | | | The fuel shall be free of ULO [g] | |
| – Zinc | mg/kg | max. | – | – | – | 15 | IP 501 or IP 470 |
| – Phosphorus | mg/kg | max. | – | – | – | 15 | IP 501 or IP 500 |
| – Calcium | mg/kg | max. | – | – | – | 30 | IP 501 or IP 470 (see 7.7) |

[a] Note that although predominantly consisting of distillate fuel, the residual oil proportion can be significant.
[b] 1 mm$^2$/s = 1 cSt.
[c] Purchasers should ensure that this pour point is suitable for the equipment on board, especially if the vessel operates in both the northern and southern hemispheres.
[d] This fuel is suitable for use without heating at ambient temperatures down to – 16 °C.
[e] A sulfur limit of 1,5 % (m/m) will apply in SO$_x$ emission control areas designated by the International Maritime Organization, when its relevant protocol enters into force. There may be local variations, for example the EU requires that sulphur content of certain distillate grades be limited to 0,2 % (m/m) in certain applications. See 0.3 and reference [7].
[f] If the sample is clear and with no visible sediment or water, the total sediment existent and water tests shall not be required. See 7.4 and 7.5.
[g] A fuel shall be considered to be free of used lubricating oils (ULOs) if one or more of the elements zinc, phosphorus and calcium are below or at the specified limits. All three elements shall exceed the same limits before a fuel shall be deemed to contain ULOs.



marine@wfscorp.com | wfscorp.com

Permission to reproduce extracts of standards has been granted by Standard Norge. No other use of this material is permitted. Full standards may be obtained from the Standard Norge online shop, found at: https://www.standard.no/en/webshop/



# ISO 8217 2005 FUEL STANDARD

ISO 8217 2005 Fuel Standard for marine residual fuels

## REQUIREMENTS FOR MARINE RESIDUAL FUELS

| Characteristic | Unit | Limit | Category ISO-F- | | | | | | | | | | Test method reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RMA 30 | RMB 30 | RMD 80 | RME 180 | RMF 180 | RMG 380 | RMH 380 | RMK 380 | RMH 700 | RMK 700 | |
| Density at 15 °C | kg/m$^3$ | max. | 960,0 | 975,0 | 980,0 | 991,0 | 991,0 | 991,0 | 991,0 | 1010,0 | 991,0 | 1010,0 | ISO 3675 or ISO 12185 (see also 7.1) |
| Kinematic viscosity at 50 °C | mm$^2$/s [a] | max. | 30,0 | 30,0 | 80,0 | 180,0 | 180,0 | 380,0 | 380,0 | 380,0 | 700,0 | 700,0 | ISO 3104 |
| Flash point | °C | min. | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | ISO 2719 (see also 7.2) |
| Pour point (upper) [b] – winter quality – summer quality | °C | max. max. | 0 6 | 24 24 | 30 30 | 30 30 | 30 30 | 30 30 | 30 30 | 30 30 | 30 30 | 30 30 | ISO 3016 ISO 3016 |
| Carbon residue | % (m/m) | max. | 10 | 10 | 14 | 15 | 20 | 18 | 22 | 22 | 22 | 22 | ISO 10370 |
| Ash | % (m/m) | max. | 0,10 | 0,10 | 0,10 | 0,15 | 0,15 | 0,15 | 0,15 | 0,15 | 0,15 | 0,15 | ISO 6245 |
| Water | % (V/V) | max. | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | 0,5 | ISO 3733 |
| Sulfur [c] | % (m/m) | max. | 3,50 | 3,50 | 4,00 | 4,50 | 4,50 | 4,50 | 4,50 | 4,50 | 4,50 | 4,50 | ISO 8754 or ISO 14596 (see also 7.3) |
| Vanadium | mg/kg | max. | 150 | 150 | 350 | 200 | 500 | 300 | 600 | 600 | 600 | 600 | ISO 14597 or IP 501 or IP 470 (see 7.8) |
| Total sediment, potential | % (m/m) | max. | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | 0,10 | ISO 10307-2 (see also 7.6) |
| Aluminium plus silicon | mg/kg | max. | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | ISO 10478 or IP 501 or IP 470 (see 7.9) |
| Used lubricating oil (ULO) – Zinc – Phosphorus – Calcium | mg/kg | max. max. max. | The fuel shall be free of ULO [d] 15 15 30 | | | | | | | | | | IP 501 or IP 470 (see 7.7) IP 501 or IP 500 (see 7.7) IP 501 or IP 470 (see 7.7) |

[a]   Annex C gives a brief viscosity/temperature table, for information purposes only. 1 mm$^2$/s = 1 cSt.
[b]   Purchasers should ensure that this pour point is suitable for the equipment on board, especially if the vessel operates in both the northern and southern hemispheres.
[c]   A sulfur limit of 1,5 % (m/m) will apply in SO$_x$ emission control areas designated by the International Maritime Organization, when its relevant protocol comes into force. There may be local variations.
[d]   A fuel shall be considered to be free of ULO if one or more of the elements zinc, phosphorus and calcium are below or at the specified limits. All three elements shall exceed the same limits before a fuel shall be deemed to contain ULO.

Permission to reproduce extracts of standards has been granted by Standard Norge. No other use of this material is permitted. Full standards may be obtained from the Standard Norge online shop, found at: https://www.standard.no/en/webshop/



marine@wfscorp.com | wfscorp.com