Introduction | Annex I | Annex II | Annex III | Annex IV | Annex V | Annex VI | Additional Information

Annex VI                                                                         Click here to [ Print ] this page

Chapter 1 - General

1 Application
2 Definitions
3 General exceptions
4 Equivalents

Chapter 2 - Survey, certification and means of control

5 Surveys
6 Issue or endorsement of Certificate
7 Issue or endorsement of a Certificate by another Government
8 Form of Certificate
9 Duration and validity of Certificate
10 Port State control on operational requirements
11 Detection of violations and enforcement

Chapter 3 - Requirements for control of emissions from ships

12 Ozone-depleting substances
13 Nitrogen oxides (NOx)
14 Sulphur oxides (SOx)
15 Volatile organic compounds
16 Shipboard incineration
17 Reception facilities
18 Fuel oil quality
19 Requirements for platforms and drilling rigs

Appendices
AI Form of IAPP Certificate
AII Test cycles and weighting factors
AIII Criteria and procedures for designation of SOx emission control areas

**Annex VI- Regulations for the Prevention of Air Pollution from Ships**

Chapter 3 - Requirements for control of emissions from ships

## Regulation 18 - Fuel oil quality

(1)     Fuel oil for combustion purposes delivered to and used on board ships to which this Annex applies shall meet the following requirements:

SEE **INTERPRETATION 18.1**

(a)  except as provided in sub-paragraph (b):

(i)  the fuel oil shall be blends of hydrocarbons derived from petroleum refining. This shall not preclude the incorporation of small amounts of additives intended to improve some aspects of performance;

(ii)  the fuel oil shall be free from inorganic acid;

(iii)  the fuel oil shall not include any added substance or chemical waste which either:

(1)  jeopardizes the safety of ships or adversely affects the performance of the machinery, or

(2)  is harmful to personnel, or

(3)  contributes overall to additional air pollution; and

(b)  fuel oil for combustion purposes derived by methods other than petroleum refining shall not:

(i)  exeed the sulphur content set forth in regulation 14 of this Annex;

(ii)  cause an engine to exceed the $NO_x$ emission limits set forth in regulation 13(3)(a) of this Annex;

(iii)  contain inorganic acid; and

(iv)  (1)  jeopardize the safety of ships or adversely affect the performance of the machinery, or

(2)  be harmful to personnel, or

(3)  contribute overall to additional air pollution.

(2)     This regulation does not apply to coal in its solid form or nuclear fuels.

(3)     For each ship subject to regulations 5 and 6 of this Annex, details of fuel oil for combustion purposes delivered to and used on board shall be recorded by means of a bunker delivery note which shall contain at least the information specified in appendix V to this Annex.

[AIV Type approval and operating limits for shipboard incinerators](#)

[AV Information to be included in the bunker delivery note](#)

[Unified Interpretations](#)

(4) The bunker delivery note shall be kept on board the ship in such a place as to be readily available for inspection at all reasonable times. It shall be retained for a period of three years after the fuel oil has been delivered on board.

(5) (a) The competent authority[*] of the Government of a Party to the Protocol of 1997 may inspect the bunker delivery notes on board any ship to which this Annex applies while the ship is in its port or offshore terminal, may make a copy of each delivery note, and may require the master or person in charge of the ship to certify that each copy is a true copy of such bunker delivery note. The competent authority may also verify the contents of each note through consultations with the port where the note was issued.

(b) The inspection of the bunker delivery notes and the taking of certified copies by the competent authority under this paragraph shall be performed as expeditiously as possible without causing the ship to be unduly delayed.

(6) The bunker delivery note shall be accompanied by a representative sample of the fuel oil delivered, taking into account guidelines to be developed by the Organization. The sample is to be sealed and signed by the supplier's representative and the master or officer in charge of the bunker operation on completion of bunkering operations and retained under the ship's control until the fuel oil is substantially consumed, but in any case for a period of not less than 12 months from the time of delivery.

(7) Parties to the Protocol of 1997 undertake to ensure that appropriate authorities designated by them:

(a) maintain a register of local suppliers of fuel oil;

(b) require local suppliers to provide the bunker delivery note and sample as required by this regulation, certified by the fuel oil supplier that the fuel oil meets the requirements of regulations [14](#) and 18 of this Annex;

(c) require local suppliers to retain a copy of the bunker delivery note for at least three years for inspection and verification by the port State as necessary;

(d) take action as appropriate against fuel oil suppliers that have been found to deliver fuel oil that does not comply with that stated on the bunker delivery note;

(e) inform the Administration of any ship receiving fuel oil found to be non-compliant with the requirements of regulations 14 or 18 of this Annex; and

(f) inform the Organization for transmission to Parties to the Protocol of 1997 of all cases where fuel oil suppliers have failed to meet the requirements specified in regulations [14](#) or 18 of this Annex.

(8) In connection with port State inspections carried out by Parties to the Protocol of 1997, the Parties further undertake to:

      (a)  inform the Party or non-Party under whose jurisdiction a bunker delivery note was issued of cases of delivery of noncompliant fuel oil, giving all relevant information; and

      (b)  ensure that remedial action as appropriate is taken to bring noncompliant fuel oil discovered into compliance.

---

\* Refer to resolution A.787(19), Procedures for port State control, as amended by A.882(21); see IMO sales publication IA650E.