**EXHIBIT 8**

Introduction | Annex I | Annex II | Annex III | Annex IV | Annex V | Annex VI | Additional Information

Annex VI

Click here to [ Print ] this page

Chapter 1 - General

Annex VI- Regulations for the Prevention of Air Pollution from Ships

Appendices to Annex VI

1 Application
2 Definitions
3 General exceptions
4 Equivalents

**Appendix V - Information to be included in the bunker delivery note (Regulation 18(3))**

Name and IMO number of receiving ship

Port

Chapter 2 - Survey, certification and means of control

Date of commencement of delivery

Name, address, and telephone number of marine fuel oil supplier

5 Surveys
6 Issue or endorsement of Certificate
7 Issue or endorsement of a Certificate by another Government
8 Form of Certificate
9 Duration and validity of Certificate
10 Port State control on operational requirements
11 Detection of violations and enforcement

Product name(s)

Quantity (metric tons)

Density at 15°C (kg/m$^3$)*

Sulphur content (% m/m)†

A declaration signed and certified by the fuel oil supplier's representative that the fuel oil supplied is in conformity with regulation 14(1) or (4)(a) and regulation 18(1) of this Annex.

\* Fuel oil should be tested in accordance with ISO 3675.
† Fuel oil should be tested in accordance with ISO 8754.

Chapter 3 - Requirements for control of emissions from ships

12 Ozone-depleting substances
13 Nitrogen oxides (NOx)
14 Sulphur oxides (SOx)
15 Volatile organic compounds
16 Shipboard incineration
17 Reception facilities
18 Fuel oil quality
19 Requirements for platforms and drilling rigs

Appendices
AI Form of IAPP Certificate
AII Test cycles and weighting factors
AIII Criteria and procedures for designation of SOx emission control areas