EXHIBIT

2

David,

Just wanted to give you a heads up.  We understand vessel to be in the Houston area tomorrow.  Barge remains ready to debunker.

Pending guidance on replenishment, we still need to make a plan to rebunker her.

Should you need anything else, please let us know.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** David Ortiz <dao@gibunkering.com>
**Sent:** Thursday, March 10, 2022 10:09 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** [EXTERNAL] RE: Re: SALES CONFIRMATION CLIPPER ENYO

Hi Andy,

Will find out if MGO is absolutely necessary.

For the sample that I am going to have tested, would I have to send someone to the barge or could it be pick it up from a land address?

Best regards,

David Ortiz
**Bunker and Lubricant Trader**
M: +1 561 660 2022
T: +1 561 625 5500



**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Thursday, March 10, 2022 11:05 AM
**To:** David Ortiz <dao@gibunkering.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** RE: Re: SALES CONFIRMATION CLIPPER ENYO

David,

Thanks for the below.  We are prepared to debunker as soon as she arrives, can you please confirm if the vessel is heating the fuel to help with the transfer rate.

With regards to a booster pump, which was brought up before.  We believe it is best not to proceed with a booster pump.  Delivery and assembly would require apx 10 hours within the vessel's engine room.  The potential increase in rate, vs the 10 or more hours delaying the operation does not seem beneficial.

With regards to the replenishment. We were preparing to replenish with the same barge.  If the vessel requires MGO, we will need to get a different barge to do her, which may take some additional time.  It may also take me a little time to get the additional 290MT on board for the replenishment.

I should be able to manage 850 – 1140 MT HSFO with same barge and limited impact to timing.  Can you please advise if the MGO is required, if so, I'll need to work on a plan for that, which may take a little extra time.

Thanks.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** David Ortiz <dao@gibunkering.com>
**Sent:** Thursday, March 10, 2022 9:43 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** [EXTERNAL] RE: Re: SALES CONFIRMATION CLIPPER ENYO

Good morning Andy,

Manos and Larry are not available today so I will step in.

Customer advises the following:

> *Kindly note that as per your below we spoke to USCBP again and they advised that since the bunkers were not used that yes it is return of goods but is treated as cargo. They provided the attached*
> *and have highlighted parts that pertain to this situation.*
>
> *The bunkers that are being landed will have to be manifested in AMS so the same needs to be filed with ISS who is Solvang's AMS provider so we can submit the same to the broker to make entry to clear the*
> *bunkers prior to discharge.*
>
> *Also, Targa is still working to finalize our being able to go back to their dock to discharge the bunkers to a barge. They have advised that if finalized they will issue a Letter of Indemnity which we will pass to Solvang*
> *that will need to be signed absolving Targa of any responsibility or liability for this operation.*
>
> *Furthermore, they advised that if approved we will only have 36hrs before we have to vacate the dock. They are only looking to approve the de-bunkering operation and bunkering of new bunkers will have to take place*
> *either at Bolivar Roads or Enterprise Morgans Point.*
>
> *Targa is talking with USCBP to see if the de-bunkering can be done at any of their docks and if so then they will be able to take the Clipper Enyo on arrival to dock #2. If USCBP requires the Clipper Enyo to go to dock #1*

*Where the vessel was at last time then that dock is not available until the 12th Mar and they will have to approach Chevron for permission to delay the Clipper Harald to allow the Clipper Enyo to dock for the de-bunkering.*

Client would also like to increase the quantity of the fuel for the resupply. Could you please help me with a quote for the additional 290 MTS of VLSFO and 100 MTS of LSMGO considering that supply would have to be at ither Bolivar Roads or Enterprise Morgans Point.

I am going to arrange having the product tested before delivery, could you please advise when and where we could collect a sample.

Thank you in advance.

Best regards,



**David Ortiz**
**Bunker and Lubricant Trader**
M: +1 561 660 2022
T: +1 561 625 5500



**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Wednesday, March 9, 2022 12:03 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos/Larry,

We are hearing the agent that they are still waiting on information from Customs for filing the appropriate documentation to debunker, and they are still trying to determine if they need to debunker at Targa or if another location is acceptable to avoid Jones Act complications.

Please note, I am not an expert on Customs, or an expert in Jones Act law. However, I think it qualifies as a return of goods. Customer has determined the Bunkers to be unfit for use, unmerchantable, and are returning the goods to the supplier. I believe this can be classified as a return of goods, not a cargo import.

Agent and Customer may want to speak with Customs to make this point clear as the fuel is being returned and is not fit for use, not a cargo move or cargo sale.  This may allow them more flexibility in where the debunkering can occur.

Regards.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, March 7, 2022 12:05 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** Re: [EXTERNAL] Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

As mentioned numerous times before, this is not something NuStar will arrange. Glander/Customer will be solely responsible for arranging the location and Customs documents.

I will advise when barge is loaded and ready for testing. Glander can have the sample tested at their cost.

On Mar 7, 2022, at 11:57 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Hello Andy,

This is something that agent can confirm or not. I guess yes but you need to call agent and arrange the details. Agent said waiting some more info from your side regarding the debunkering and you said that you will be working closely with Corey Bros to arrange all details for the debunkering. It would not be efficient for Glander to confirm details for the debunkering process. We need you to step in and arrange everything needed.

In addition we need actual testing of the product before we bunker it. Coq will not be sufficient for the customer.

Get Outlook for iOS

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, March 7, 2022 3:07 PM
**To:** Emmanouil Gryllakis
**Cc:** DL-TXLPHQ-Bunkers; David Ortiz; Larry Messina; GIB-Oslo-All; Lars Brustad
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Good morning. Please advise if vessel has completed Cuatoms declaration, and if they have decided where they wish to debunker.

On Mar 7, 2022, at 12:24 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Good day Andy,

Kind reminder on below since it's 7th of March.

Pls revert with arrangements booked.

Get Outlook for iOS

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Saturday, March 5, 2022 8:27 AM
**To:** Downs, Andy
**Cc:** DL-TXLPHQ-Bunkers; David Ortiz; Larry Messina; GIB-Oslo-All; Lars Brustad
**Subject:** Re: SALES CONFIRMATION CLIPPER ENYO

Good evening, Andy

As per customers update note that vessel's eta is 11th, and they have now fixed a cargo out of Houston with laycan 13th.

This means that it is very important that the de-bunker ops and resupply is done in the window 11-13th without delays.

Please make sure to be in constant communication with agents and that you will be ready on arrival and will make the whole ops within this window. Keep in mind that only using vessels pumps for the de-bunkering is at least 30 hours for just the pumping. You should consider bringing extra equipment to speed up the process.

We now expect to get regular updates from Nustar on what the plan is and that everything is under control.

Awaiting yours in return.

Get Outlook for iOS

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Wednesday, March 2, 2022 11:19:47 PM
**To:** Downs, Andy <andy.downs@nustarenergy.com>
**Cc:** DL-TXLPHQ-Bunkers <bunkers@nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>
**Subject:** Re: SALES CONFIRMATION CLIPPER ENYO

Hello Andy

As per our telecom few minutes ago pls try to contact the agent no later than tomorrow since owner's need to plan to arrange a dock with the agent and to deliver spare parts etc so customer is waiting for a communication so we can get things moving faster and efficient. It would be better to have more time for planning and communication rather than rushing the whole ops.

Pls include us in the communication with them if necessary.

Get Outlook for iOS

**From:** Lars Brustad <labr@gibunkering.com>
**Sent:** Wednesday, March 2, 2022 11:48:38 AM
**To:** Downs, Andy <andy.downs@nustarenergy.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <bunkers@nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>
**Subject:** Re: SALES CONFIRMATION CLIPPER ENYO

Andy,

Agent is saying they have no contract with nustar yet. Please reach out to them so they can begin coordinate where vessel will do the de-bunkering.

Agent pic full style below

Phone:  +1 713-904-5780
Mobile: +1  832-977-0924
EMail:  jody.courtney@corybrothers.com

Email:  agency.houston@corybrothers.com
Website: www.corybrothers.com
Remington Square 1
10603 West Sam Houston Parkway
Suite 240
Houston
Texas
77064
United States

Please confirm all in order
Thanks

Lars Brustad

Sent from my iPhone


1. mar. 2022 kl. 10:14 skrev Lars Brustad <labr@gibunkering.com>:


Andy,

Agent is looking for options now. Please keep in close contact with them so we don't get any unexpected and last minute surprises.

Master have confirmed he will heat the fuel to 50 deg C (aprx 125 deg F) before arrival Houston. awaiting yours on the cargo declaration.

Best regards,
**Lars Brustad**
**Senior Bunker and Lubricant Trader**
**M:** +47 980 74 292   **T:** +47 21 41 62 70
**ICE:** labrustad **SKYPE:** labr@gibunkering.com



                    gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 28, 2022 7:37 PM
**To:** Lars Brustad <labr@gibunkering.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Lars,

==Unfortunately, NuStar is not able to direct or make decisions for where the vessel should call or dock.  Vessel will need to coordinate this with Corey Bros.==

We will begin working with Corey Bros to track the vessel and plan for her arrival.  Vessel and agent will also need to complete a cargo declaration for the fuel being debunkered. I will work on getting more information relating to the cargo declaration process.

Regards.

## Andy Downs

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



www.nustarenergy.com
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Lars Brustad <labr@gibunkering.com>
**Sent:** Monday, February 28, 2022 10:09 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>; Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; GIB-Oslo-All <Oslo@gibunkering.com>
**Subject:** [EXTERNAL] RE: SALES CONFIRMATION CLIPPER ENYO

Andy,

Agent is Cory Brothers and have been nominated by owner. Vessel will not accept cargo commitments before fuel is de-bunkered, port call at this time is for the purpose of de-bunkering and replenishment of

fresh product. Please reach out to agent and discuss the best and most cost effective solution for the vessel to perform the de-bunkering/bunkering, being berth or anchorage.
We need Nustar to perform this operation swiftly and on vessel arrival in order to mitigate losses.

With regards to pumping rate, please see below from master. We suggest you bring additional pumps onboard to speed up the operation as part of the cost mitigation, vessel off-hire costs will be part of the claim and need to be keep at a minimum.

Please kindly note that we are able to pump out the bunkered fuel as a follow below:

- Forward HFO No.1 (P) and No.1(S) tanks with 60 m3/hour by forward transfer pumps, 10 hours approx. for de-bunkering.
- Aft HFO tank No.2 (S) with only 20m3/hours by ER transfer pump, 20 hours approx. for de-bunkering.

Minimum 30 hours required for total de-bunkering without interruption.

We will ask master to heat the product as per your instruction to speed up the process.


Best regards,
**Lars Brustad**
**Senior Bunker and Lubricant Trader**

**M:** +47 980 74 292   **T:** +47 21 41 62 70
**ICE:** labrustad **SKYPE:** labr@gibunkering.com



          gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 28, 2022 4:45 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Good morning.  At this time, we are making arrangements to debunker the Clipper Enyo.  We will make every attempt to debunker her on arrival, but cannot guarantee that at this time. Can you please advise the following:

- Location vessel will dock/anchor for debunkering.
- Anticipate pump rate
- Please ask vessel if they can heat product to apx 125F prior to debunkering.

Upon debunkering, NuStar will also plan to rebunker a similar qty.

Thanks.


**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.


**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Monday, February 28, 2022 8:20 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** [EXTERNAL] Re: SALES CONFIRMATION CLIPPER ENYO

Good day Andy

Vessel is now on its way to Houston, current ETA Houston PS – 11.03.2022 at 0900LT.

Agent will be Cory.

Nusta will need to de-bunker and get fresh bunkers as per agreement on arrival.

Please prepare for the same and let us know what info you need to make this operation as efficient as possible.

Pls revert in written with your action plan for this situation.

Get Outlook for iOS

___

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Tuesday, February 22, 2022 1:49:18 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>; David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** Re: RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Yours below received. Can you please advise vessels ETA to Houston.

Thanks.

On Feb 22, 2022, at 7:52 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Good day Andy,

As per RTM agents its hard to get a lay berth for Rotterdam so the RTM option doesn't seem favorable at this point and owners decided to bring vessel to Houston as you also initially suggested.

This will mean bunkering HFO at Falmouth and bringing vessel to Houston for the de Bunkering ops which will need to be taken care by NUSTAR.

As per our telecom on Friday, we will need to involve legal dpt going forward as costs involved are pilling up and it seems that a commercial approach is not easy to be reached.

Best regards,


**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





          gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Friday, February 18, 2022 11:50 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Cc:** David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad
<labr@gibunkering.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Good day,  Thanks for yours below.  I just want to make sure I understand your prior comments.  You noted costs for debunker in Rotterdam to be $92,700, while the costs associated with debunkering in Houston to be $124,250.  If Glander believes the most cost efficient and optimal mitigating solution is in Rotterdam, then I think you should strongly consider that.

Please keep in mind, NuStar will still have to review a total claims package from Glander, which will be in accordance with the GTCs of this sale.

If you feel the best solution is to return to Houston, NuStar can agree to remove and replace the fuel at no additional cost.  The fuel being debunkered must be of the same quality delivered.  Vessel would also be responsible for obtaining a proper anchorage position or layberth for the operation.

Should you need anything else, please let me know.

This message has been sent without prejudice.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



www.nustarenergy.com
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Friday, February 18, 2022 11:11 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Cc:** David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** [EXTERNAL] RE: SALES CONFIRMATION CLIPPER ENYO

Hello Andy,

Good day. Owners considering the option to bring the vessel back to Houston however the vessel will come ballast and she is not having any fixed voyage as of now.
If vessel get bunkers at Falmouth then there shouldn't be any reason to stop again at Ponta Delgada.

The Houston option will be bearing the below costs:

1. Ponta Delgada Cost as per previous email ( 250mt*357= 89,250.00usd + port dues to be confirmed (23,000.00ud) + time loss 8hrs: 12,000.00usd = **124,250.00usd**
2. Refueling at Falmouth: 290mt HFO 380cst @ 671usd/mt (671-503=168usd) + 3K barging= 35,112.00 usd + lsmgo 40mt (to be confirmed) x 915-503= 412 x 40 =16,480.00 + 3K barging fee
3. We expect Nustar to handle the de-bunkering and replenishment swiftly and effectively upon vessel's arrival at Houston and that Nustar will cover all incurred costs so far
4. Plus all cost that will be incurred in Houston with regards to the de-bunkering.
5. Due to the fact that vessel rate is 36k per day, customer requires nustar to consider bringing additional pumps to speed up the process to keep waiting at a minimum.
6. Off hire time to be for Nustar's account.

We hope that all this effort and the goodwill shown by client to bring vessel to Houston without fixed cargo to be appreciated and finalize this situation smoothly.

As such we expect Nustar to fully cooperate and accepts costs for owners so we can proceed and finalize the Debunkering.

We would like to have a reply within the day so they can finalize voyage to Houston.

Best regards,

**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





gibunkering.com

**From:** Emmanouil Gryllakis
**Sent:** Thursday, February 17, 2022 2:31 PM
**To:** Downs, Andy <andy.downs@nustarenergy.com>; DL-TXLPHQ-Bunkers <bunkers@nustarenergy.com>
**Cc:** David Ortiz <dao@gibunkering.com>; Larry Messina <lam@gibunkering.com>; Lars Brustad <labr@gibunkering.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Hey Andy

As per official BDR sample analysis and also supporting analysis from tanks (for ref) the product is off spec and as such customer is looking to the below de-bunkering options:

    a.   RTM de-bunkering:

          a.  10hrs voy round trip from Antwerp to Rtm: **15,000 usd** (36,000/24 *10)
          b.  Off hire/ laytime for 30hrs of ops: **45,000usd** (basis daily hire:  36,000usd per day )
          c.  Port Dues for RTm call: **25,000usd**
          d.  LSMGO burn during cargo ops/steaming and de-bunkering ops: around 20mt of lsmgo 860usd/mt: **17,200.00usd**
          e.  Approx. Cost of RTM Option: **102,200.00** usd with this amount being a rough estimate and not final nor binding.
          f.  Ponta Delgada Cost as per previous email ( 250mt*357= 89,250.00usd + port dues to be confirmed (23,000.00ud) + time loss 8hrs: 12,000.00usd = **124,250.00usd**)
          g.  **GRAND TOTAL: 226,450.00 usd**
          h.  **Minus the value of the product de-bunkered in RTM:** 850mt * 175usd/mt -15,000bargin fee= 148,750.00 -15,000= **133,750.00usd**
          i.  **TOTAL COST FOR  OPTION a: 92,700usd**

    b.   Falmouth De-bunkering:

          a.  10hrs voy round trip from Antwerp to Falmouth: **15,000 usd**
          b.  Off hire/ laytime for 30hrs of ops: **45,000usd** (basis daily hire:  36,000usd per day )
          c.  Port Dues: **2-10.000usd**
          d.  LSMGO burn during cargo ops/steaming and de-bunkering ops: around 30mt of lsmgo value 860 usd/mt: **25,800usd**

    e. Ponta Delgada Cost as per previous email ( 250mt*357= 89,250.00usd + port dues to be confirmed (23,000.00ud) + time loss 8hrs: 12,000.00usd = **124,250.00usd**)
    f. **COSTS GRAND TOTAL: 220,050.00**
    g. Minus value we can get from de-bunkering there: 63usd/mt * 850mt = **53,550usd**
    h. **TOTAL COST FOR  OPTION b: 166,500.00USD**

c. Houston:
    a. Customer is working on voyages towards this direction but nothing we can confirm as of now. Calculating this option at the moment (TBC tomorrow).

At this point we are informing you about the costs and the options that owners are looking into and always trying to mitigate costs involved.

We will keep you updated on Houston option and what they will finally decide.

All our rights are fully reserved.

Best regards,



**Manos Gryllakis**
Bunker and Lubricant Trader

**M:** +1 561 946 4003
**T:** +1 561 625 5500





        gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Thursday, February 17, 2022 9:03 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Please find attached received this morning from Amspec.  The results do show quite a bit better AL+SI levels, however, Amspec still reports them above ISO's 2005 limit of 80.  Do you happen to know what the max AL+SI the vessel is able to handle?

Should you need anything else, please let us know.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Thursday, February 17, 2022 7:36 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: SALES CONFIRMATION CLIPPER ENYO

Good morning Andy

Just to give you some more details about the urgency of the info needed:

Vessel is at the English channel steaming towards Antwerp. Working cargo 18-20th EAM – unless Houston option will be fixed in the next few hours will need to book the de-bunkering and replenishment in Rotterdam if doable, or in Falmouth / English channel.

If we don't get results soon we will need to book the Falmouth option which has a great de-bunkering cost.

So we need to have the info in order for the owners to take a decision on what they should do and also your feedback on how is best to deal with the situation.

Best regards,

**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





                    gibunkering.com

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Thursday, February 17, 2022 6:07 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: SALES CONFIRMATION CLIPPER ENYO

Hey Andy Good Morning

Any results from Amspec. Customer is chasing us because they need to decide some serious cost-effective matters.

We need to inform them asap

---

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Wednesday, February 16, 2022 10:01:52 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: Re: SALES CONFIRMATION CLIPPER ENYO

Please find attached sales confirm for this delivery.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Wednesday, February 16, 2022 8:35 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: Re: SALES CONFIRMATION CLIPPER ENYO

Ok Andy,

Awaiting yours. Can you also pass me your latest T&Cs.

Best regards,


**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





                         gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Wednesday, February 16, 2022 9:34 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Good morning.  Samples hit the lab this morning.  We should start seeing some results this afternoon/evening.  Tests such as the GCMS will take at least 24 hours, so we will not see those until tomorrow.

I'll pass the results over as soon as I see something.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Wednesday, February 16, 2022 7:07 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: Re: SALES CONFIRMATION CLIPPER ENYO

Good day Andy

Pls let me have results from AMSPEC and reports ASAP.

We will need the results as soon as possible to have a chance to get this done in Europe if needed.

As mentioned and if this window slips, costs will likely increase drastically subject next voyage.

Best regards,

**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500



  gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Sunday, February 13, 2022 2:17 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Per the Amspec the vessel has only supplied the Amspec representative with 3 samples. Please instruct vessel to either release the other samples they have. Or, please allow insoector to board so that he may obtain the needed samples required.

Thanks.


On Feb 13, 2022, at 12:56 PM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Hey Andy

Your Amspec representative is at the vessel right now and even though we have agreed that the samples are already taken and will be handover to him to drop them for analysis because the vessel has no time, apparently he is insisting to take new samples from the tanks and the vessel has no time for this they have to leave for next port that are already off hire to get bunkers in Azores and drop the samples.

Can you please ask Amspec rep to pick up the samples and agree with the master samples. We have photos and videos from the tank sampling for your records.

We only have 1hr for the Amspec rep to pick up the samples and help on the situation here.

Please coordinate with them.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003

Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Friday, February 11, 2022 11:25:34 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Please not our agreement does not provide a provision for off setting payments or short paying invoices. Further, our agreement states claims will not be reviewed until the invoice is paid in full.

Please also not our agreement is with Glader, and not your customer. NuStar does not have an agreement with your customer, nor do we know who your customer is.

Should Glander elect to withhold payment, this may affect future dealings with your company.

This message has been sent without prejudice.

Thanks.


On Feb 11, 2022, at 9:54 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Yours below noted. It seems ok by me.

At this stage we have informed Nustar about the relevant costs involved, resulting from the off spec product and we will continue doing so in every step of the process. In addition, the customer suggested to withhold payment till we short out the case and until we can come up with some accurate solution or plan to address the current claim and cost coverage.

Best regards,


**Manos Gryllakis**
**Bunker and Lubricant Trader**
**M:** +1 561 946 4003
**T:** +1 561 625 5500





                                      gibunkering.com

**From:** Downs, Andy <<u>Andy.Downs@nustarenergy.com</u>>
**Sent:** Friday, February 11, 2022 10:47 AM
**To:** Emmanouil Gryllakis <<u>egr@gibunkering.com</u>>
**Cc:** Neunhoffer, Erik <<u>Erik.Neunhoffer@nustarenergy.com</u>>
**Subject:** Re: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

We will have the sample landed and analyzed for a full bunker slate and GCMS. Vessel's ETA is currently the 13th, with samples expected to be landed in the lab on the 16th. Testing will commence shortly after.

Regards.


On Feb 11, 2022, at 7:59 AM, Emmanouil Gryllakis <<u>egr@gibunkering.com</u>> wrote:


Hello Andy,

We are still working with potential buyers of the product in Europe/Rotterdam. Due to the import/customs legislation it will be highly relevant to know if customs will classify this as waste or usable product. In order to determine this we will need to perform a GCMS.

Please urgently ask and confirm if Amspec in Portugal will be able to perform this analysis together with a full test (not only  al+sil and ash), and that they will book that accordingly. If not, we will need to send additional samples to a lab which are able to carry out these test. This will be important to have alternatives ready to mitigate costs for everyone if vessel schedule is still unknown or unconfirmed back to Houston when we need to make a decision.

We will need a reply for this within the next hr.


Best regards,

**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500



                              gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Thursday, February 10, 2022 3:53 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Thank you for the below, please continue to keep us updated. ==We would prefer for Glander/Bunker Holdings to continue working with your customer as best as possible, keeping in mind we all must mitigate any costs in a claims situation.==

I suspect we will eventually see a claims package from Glander. At that time we will review everything presented.

This message has been sent without prejudice.

Regards.


On Feb 10, 2022, at 3:30 PM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Hey Andy,

Following the below we have some more info about the Debunkering ops and the costs which we will need your attention:

Customer has likely found an option for de-bunkering in the English channel. We are awaiting some additional information regarding external pumps etc. If vessel is not returning to Houston this will likely be our best option in terms of keeping the costs down. Do Nustar want to deal with the potential de-bunkering company directly in this case?

We have received confirmation from agents in Antwerp that de-bunkering would **not** be doable there as there is no berth available for these kinds of ships and no anchorage where they are allowed.

Option 2 would be to move the vessel to Rotterdam and a layby/buoy, but none of the players will take the product due to the quality and regulations regarding de-bunkering. In this case product would need to be de-bunkered as waste which will bring additional costs to the operation + calling costs.

We understand that Nustar wants to see how the tank samples come out, but we need to be prepared for de-bunkering if it comes to that. We have done a thorough due diligence in this case to help client and Nustar out in this case and want to know how Nustar wants to deal with a potential de-bunkering in Europe and all the costs involved till now.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Thursday, February 10, 2022 7:49:21 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Manos,

Yours below received.  We will begin coordination with Amspec asap.

This message is being sent without prejudice.

## Andy Downs

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Thursday, February 10, 2022 6:40 AM

**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] Re: SALES CONFIRMATION CLIPPER ENYO

Hello Andy,

They agree to Amspec in Portugal.

ETA: 12th February. Agent:

Bensaude - Shipping Agents, Ltd
*PAULO SILVA* – Operations Manager
shipping.pdl@bensaude.pt
Paulo.silva@bensaude.pt
mobile: +351 918792447 (24 hours)
WhatsApp: +351 918792447
Voip: 12247
website: www.bensaudemaritima.pt
Local Time is GMT-1

**Please confirm that Nustar will arrange pickup, shipment etc with express air and booking of testing etc.**
**if we need to arrange anything our side, they need to let us know ASAP.**

**Important: Please note that these tests are for reference only. The official test has been tested off-spec**
**and as such owner's stance is that fuel is not usable and need to be de-bunkered. If the tank samples**
**show reason for further investigation, we will do what is required in terms of mitigation. All costs**
**incurred from off spec product to be for supplier's account.**

All our rights remain expressly reserved.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Wednesday, February 9, 2022 12:52:17 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

We have not tested another sample at this time, and are waiting for the ship sample.

With regards to the outlined costs, unfortunately I cannot agree to those at this time.

This message has been sent without prejudice.

On Feb 9, 2022, at 11:10 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

I will ask about the agent and the ETA so you can pick them up and analyze them .

Regardless this process with the sampling from tanks, are you going to test any other official sample from the barge?

And what about the extra costs described below can you confirm the acceptance of same?

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





                              gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Wednesday, February 9, 2022 10:59 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

I am agreeable to test the sample at Amspec in Portugal.

Should I coordinate someone to grab the sample from the vessel?  If so, can you please send me ETA and agent details.

Thanks.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Wednesday, February 9, 2022 7:16 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Good morning Andy

Pls see below from vessel

**quote**
Ref below and telcon, please find below answer from vessel:

++
Master:
Yes, no problem, we will take sample from each bunkered tank after proper circulation.
We can make photos or even take a video with sampling process, closing of bottles and showing seal numbers.
Everything is clear for these samples for each bunkered tank.

Which company/laboratory will we use for sampling?
VPS as usually, or other (Caleb Brett and Amspec), as per mail below.
If not VPS, then I need forwarding addresses.
++

Vessel will take tank samples and document procedure.
Owners usually uses VPS, but in case you have strong preferences we will stick with the preferred lab. **Most important is to have the test results as soon as possible.**
**unquote**

Pls let us have the forwarding address to closest preferred lab we will do the same for VPS – I would think Portugal has best air connections with Azores. Bottom line, we should send this to the lab which is closest. Agree?

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





   gibunkering.com

**From:** Emmanouil Gryllakis
**Sent:** Tuesday, February 8, 2022 11:25 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Which was the seal number?

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**
**M:** +1 561 946 4003
**T:** +1 561 625 5500





   gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Tuesday, February 8, 2022 11:24 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

I am chasing the lab for pictures.  This was from a sample listed on the BDR.

## Andy Downs

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**
The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Tuesday, February 8, 2022 9:50 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Hey Andy,

Was trying to call you.

Customer is asking if you can please share more info on the sample you analyzed already on Feb 6th ?

Was it an official BDR sample? What was the seal number of the sample and do you have any pictures from seal breaking etc?

Best regards,
**Manos Gryllakis**
**Bunker and Lubricant Trader**



**M:** +1 561 946 4003
**T:** +1 561 625 5500





          gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Tuesday, February 8, 2022 10:09 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** Re: RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Yours below received. We would prefer Amspec or Caleb Brett if they are available. We have an account with them, and they can bill NuStar directly.

With regards to the claim, thank you for the information, please continue to keep us updated. Please also remember it is important that all parties mitigate costs where possible. This will be important when we review the claim.

Should you need anything else, please let us know.

This message has been sent without prejudice.


On Feb 8, 2022, at 9:42 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Good Morning Andy,


We requested the crew to draw samples and will be send ashore at Ponta Delgada. From there samples need to be sent to mainland for analysis. Do you have any preference on which lab we should use?

I am not sure how much time this will take. Please let us know if you already have sent the official barge sample for analysis so we can work this both ways and when you can have some results from official BDR sample.

Meanwhile the owners did send us the calculations for the costs will be incurred from the deviation and the bunker need to be purchased in order for them to reach Antwerp and they **claim as per below**:

QUOTE
<mark>Vessel will do an emergency stop in Ponta Delgada on the 12th of February to lift 250mt ADO to make it to discharge port Antwerp.</mark>

Cost involved:
Price diff Houston – Ponta Delgada:  $355/mt * 250mt = **$88,750**
Preliminary port costs: EUR 18 530 / **$21,200** (to be confirmed)
Time loss off hire – to be confirmed
UNQUOTE

We are checking if there is an option to take this off*debunker  in Ponta Delgada - but it will need to be done as waste, reverting with more info on that.
We have checked options in Antwerp but it's not doable as LPG vessels are not allowed to berth anywhere else than at the gas terminals who do not allow them to do bunkering/de-bunkering ops at their premises.

If vessel returning to Houston right after Antwerp we might convince client to hold off and let Nustart take care of the ops there, but note that vessel will need to stop in Ponta Delgada **again** with more or less same costs involved as this call, ie $110 000 + off hire costs.

We are continuing to search for options on route to mitigate costs, but so far no good options are available.

We need to expedite the testing the soonest  so we can avoid unnecessary costs or even higher potential costs involved due the capacity constraints as a result of the off spec bunkers.

Pleased to hear your comments and suggestions.


Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**
**M:** +1 561 946 4003
**T:** +1 561 625 5500





                gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 7, 2022 3:10 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Unfortunately, I still need to collect some additional information.  I realize we already have two samples, but in the case of a potential debunker, we also need to rule out the possibility of a contaminated sample.  NuStar will accept the cost for pulling and analyzing the additional sample, please just let us know of the vessels next port stay details including ETA, Location, and Time in port.

With regards to next steps, we will continue to work with you; however, as I said, I need additional information.

Regards.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Monday, February 7, 2022 1:11 PM

**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** [EXTERNAL] RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Hey Andy,

We already have 2 samples analyzed and both data seems to be aligned that the specs are off. As you understand, there are many costs that will occur from this off spec delivery which Nustar will need to accept and help us resolve this case with the customer.

We appreciate the solution to debunker in Houston, however, the  solution is only good if the vessel indeed will come back to USA and again this will mean that the customer will need to purchase and burn extra MgO from Antwerp or Azores while the 3 tanks of fuel are committed with offspec HFO.

In the case that vessel will not return to USA we will need your assistance to arrange debunkering in other ports and the solution would be workable for all parties.

Glander can help in sourcing the de Bunkering or any fuel need to be purchased due to this incident.

Pls let me know how we can best approach this commercially if the vessel doesn't return to USA soon.

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





                                    gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 7, 2022 1:10 PM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>
**Subject:** RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Unfortunately, I am not able to assist with arranging MGO or debunkering at this time.

We still need to gather further information in this matter. I would please remind you that it is everyone's responsibility to mitigate cost in any situation. Is there any blending off of the sulfur that the vessel could possible due? I assume vessel will also have samples pulled from their fuel tanks as soon as possible. I may be able to assist with that as we do have relationships with local inspection companies that may also operate in the same ports the vessel is calling.

As mentioned, at this time, as a commercial gesture, I can commit to removing and replacing the fuel in Houston.

**Andy Downs**

Direct: 210-918-2057
Fax: 210-918-7077
Cell: 210-485-8133
E-Mail: andy.downs@nustarenergy.com

Skype ID: ns_adowns
ICE ID: adowns



**www.nustarenergy.com**

The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact Sender or call (210-918-4254). Thank you.

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Monday, February 7, 2022 11:35 AM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Subject:** [EXTERNAL] RE: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

Hello Andy,

Please find answer from Master below:

Quote
*- How many cargo tanks were bunkered into?*
*Three tanks bunkered (HFO No.1 (P), HFO No.1(S), HFO No.2 (S)).*
*- Is there access to these tanks to sample?*
*Yes, we can run transfer pump for recirculation and take samples.*
+++

+++
Please kindly note that we are able to pump out the bunkered fuel as a follow below:

- Forward HFO No.1 (P) and No.1(S) tanks with 60 m3/hour by forward transfer pumps, 10 hours approx. for de-bunkering.
- Aft HFO tank No.2 (S) with only 20m3/hours by ER transfer pump, 20 hours approx. for de-bunkering.

Minimum 30 hours required for total de-bunkering without interruption.
Unquote

Vsl Rotation:

Ponta Delgada , bunkers only, 12th Feb
Antwerp, cargo ops, 17th Feb

No info on rotation after that. Bunker capacity is severely limited due to the 850mt being off spec, and we will need to get this off ASAP.

Vessel will likely not make it back to Houston without doing a bunker only stop again in Ponta Delgada after Antwerp, IF vessel even return to Houston any time soon.

Meanwhile customer is asking if you could arrange for their behalf the additional MGO they will need to lift at Azores (Ponta Delgada) in order to reach Antwerp and possibly arrange the debunkering ops for them at Antwerp.

Client said they can consider debunkering the HFO at Houston and Re bunkering at Houston only IF the vessels next voyage will be back to USA just right after Antwerp. But we don't know this at this point and we might not know also before we need the greenlight to debunker at Antwerp.

Customer is currently checking de-bunkering options in Ponta Delgada and in Antwerp.

Pls let us know how NUSTAR can help us in resolving the additional costs resulting from the off spec product.

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





 gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 7, 2022 10:17 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers
<Bunkers@Nustarenergy.com>
**Subject:** Re: RE: RE: Re: SALES CONFIRMATION CLIPPER ENYO

This message is being sent without prejudice.

Due to the reported test results, I would be very interested to know if we could please get the following:

- How many cargo tanks were bunkered into?
- Is there access to these tanks to sample?
- We would suggest running AL + SI individually for each compartment.
- Please advise vessels rotation and next ports.

At this time, I can agree to remove and replace the is fuel in Houston.

I am sorry for this situation, and will work with you to try and resolve this quickly.

Regards.

On Feb 7, 2022, at 8:41 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Ok, as such we have both samples that show off spec product and the vessel of course cannot burn the fuel.

The vessel will need to deviate to Azores and then will head to Debunker at Antwerp where they will work cargo and will need to re order bunkers.

Pls let me know your suggestions toward the customer and how we can possibly resolve this in the best possible ways for all parties involved.

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





          gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 7, 2022 9:36 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Subject:** Re: RE: Re: SALES CONFIRMATION CLIPPER ENYO

The results are from one of the commercial samples listed on the BDR.


On Feb 7, 2022, at 7:29 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Hello Andy

Good day. The results below are from which sample?

In any case the result doesn't seem very promising for the owners to even burn some of it.

So they will need to plan bunkering and debunkering I guess.

I will ask the vessel if they can get us a sample but it will take many days till they reach Azores and then the sample reach a lab.

Best regards,



**Manos Gryllakis**
**Bunker and Lubricant Trader**

**M:** +1 561 946 4003
**T:** +1 561 625 5500





                                        gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Monday, February 7, 2022 6:22 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers
<Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Please find attached results analyzed by Amspec. They are of course very different from what we received
from our suppliers shoretank analysis. Also, as previously mentioned, we have not had any reported issues
from any other vessels.

We are in the process of locating our barge load sample, and working with our supplier to try and
understand how these results vary so much from the shore tank results.

To try and determine if the sample may have been drawn incorrectly, or contaminated, is it possible to get
a composite sample from on board the vessel?

This message is being sent without prejudice.


On Feb 6, 2022, at 12:41 PM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Hey Andy

Good day, any chance to have any update for me today ?

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Emmanouil Gryllakis <egr@gibunkering.com>
**Sent:** Saturday, February 5, 2022 2:36:49 PM
**To:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers
<Bunkers@Nustarenergy.com>
**Subject:** Re: SALES CONFIRMATION CLIPPER ENYO

Hey Andy

We asked the master and he Confirms two samples from supplier and two Vsl/our samples (Marpol sample
and Vessel retain sample) are on board, seals intact and correspond to seal numbers in the delivery note.
Confirm sample taken on our Vessel manifold by continuous drip method.

Meaning the official samples are on board. we need your assist to lunch barge samples asap and get one of
them tested at lab.

Thank you.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Saturday, February 5, 2022 11:14:24 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers
<Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

It's relevant because if the vessel landed a ship sample, there is a good chance they also landed the barge
sample. If they landed both samples they could also test that with much faster results especially if it's
already in a lab.

It would also be interesting to know if they made any attempts to verify the initial results as they are
drastically outside the iso specification, and a result that high would be very uncommon.

We are working to locate the sample and will advise when it's found and could be sent to a lab.

On Feb 5, 2022, at 10:59 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Why is this relevant with their request for testing ?

The vessel is on route to Azores so I guess they cannot send any sample from vessel faster than you testing the ones on board the barge.


Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Saturday, February 5, 2022 10:20:10 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

All vessels are provided with a sample from the barge manifold, as stated in the BDR.

Can you please ask for the location of this sample and if it has been tested.


On Feb 5, 2022, at 10:14 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


That would be on board the barge. It has not been tested as far as I know. Only the sample taken at the vessel manifold.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Saturday, February 5, 2022 9:47:18 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

I understand that from the report. My question is where is the barge manifold sample, and has it been tested?

On Feb 5, 2022, at 9:45 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

As per customer and as report states, sample is from vessel's manifold continuous dripping.

Al+ silicon and ash to be tested it's fine.
Pls let me know the earliest we can expedite this.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Saturday, February 5, 2022 8:55:23 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers <Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos please advise location of customers drip sample.

Also, we will agree to test Al+SI and Ash as these are the only two parameters alleged to be off spec.

On Feb 5, 2022, at 8:51 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:

Hello Andy

We will need your help on this case so we can short this out the soonest possible. Customer Suggested That you land the samples asap and send it to inspectorate for testing of the parameters listed, Al+sil, tsp and ash.

Please let us know which sample No from Bdr will be tested. Please make sure video and proper pictures/evidence is taken before and after seal removal.

The customer is pushing us for urgent action since it's important this is handled with urgency as vessel will stop and lift ADO onboard to make it to Europe (only product available in azores -which is their only option). This will be very costly. And the customer is seeking compensation for the extra mgo and deviation. So the sooner we test the sample the sooner we can inform them and maybe avoid getting mgo elsewhere.

Thank you for your urgent help on this case.
Awaiting some feedback with the dates and timings we can expect samples to be landed and tested.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

---

**From:** Downs, Andy <Andy.Downs@nustarenergy.com>
**Sent:** Saturday, February 5, 2022 6:09:38 AM
**To:** Emmanouil Gryllakis <egr@gibunkering.com>
**Cc:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers
<Bunkers@Nustarenergy.com>
**Subject:** Re: Re: SALES CONFIRMATION CLIPPER ENYO

Manos,

Yours received. We have not had any reported issues with this fuel.

The sample tested seems to be from the vessel manifolds have you tested one of the commercial samples
listed on the BDR?

We can arrange testing however it may take a few days to get samples landed and into a lab.

For testing, we would suggest Camin Cargo, Intertek, or Inspectorate.

Please advise how you would like to proceed.

Thanks.


On Feb 5, 2022, at 4:17 AM, Emmanouil Gryllakis <egr@gibunkering.com> wrote:


Good day Erik

When can we retest official sample? We need this sorted quick to verify if off  spec or bad sample. There
will be additional cost if they need to do bunkers only to get more gasoil onboard so we need to know the
soonest before they reach at Azores.

Best Regards,
Gryllakis Manos
Glander International Bunkering Inc.
Mob: +1 561 946 4003
Email: egr@gibunkering.com

---

**From:** Emmanouil Gryllakis
**Sent:** Friday, February 4, 2022 8:14:10 PM
**To:** Neunhoffer, Erik <Erik.Neunhoffer@nustarenergy.com>; DL-TXLPHQ-Bunkers

<bunkers@nustarenergy.com>
**Subject:** RE: SALES CONFIRMATION CLIPPER ENYO

Good evening Erik,

We have been informed from customer that after the subject supply at Houston the master send the fuel for analysis and came back off spec on Aluminium+Silicon, high on sediment and Ash.

With this email we put you on notice for this off spec product which you can see also attached analysis from VPS.

Vessel cannot burn this fuel for safety reasons and as such will sail towards Azores in order to get extra MGO and be able to reach Europe for possible debunkering at Antwerp.

Of course the owners are claiming for all the costs and losses from extra fuel and deviation and any loss of profits from this operation.

Awaiting your comments.

Best regards,

**Manos Gryllakis**
**Bunker and Lubricant Trader**
**M:** +1 561 946 4003
**T:** +1 561 625 5500