EXHIBIT 3



**MARINE FUEL DELIVERY NOTE**
**MARPOL Annex VI Supplement**

**NuStar Energy Services Inc.**

PO BOX 781609
San Antonio, TX 78248
Tel: 210-918-2000
Fax: 210-918-3521
Email: bunkers@nustarenergy.com

HMG-43211

| VESSEL NAME: Clipper Enyo | IMO NO.: 9827217 | DATE DELIVERY COMMENCED: 1-27-22 |
|---|---|---|
| DELIVERY LOCATION / PORT: Targa 1 | ORDER NO.: 0020169014 | AGENT: Cory Bros |
| BARGE NAME / DOCK# / OTHER: JDRF 22 | | |

| PRODUCT NAME / QUANTITY (IN METRIC TONS) / DENSITY AT 15 DEGREES CENTIGRADE / SULFUR |
|---|
| HSFO / 850 MT / 985.5 / 3.15 |
| PRODUCT NAME / QUANTITY (IN METRIC TONS) / DENSITY AT 15 DEGREES CENTIGRADE / SULFUR |
| N/A |

Seller certifies the fuel oil supplied conforms with MARPOL Annex VI regulation 18.3 and the sulfur content of the fuel oil supplied does not exceed:

☐ The limit value given by regulation 14.1 of this Annex;
   3.5% m/m through December 31, 2019
   0.5% m/m Effective January 1, 2020

☐ The limit value given by regulation 14.4 of this Annex; or
   0.10%m/m in Emissions Control Areas

☑ The purchaser's specified limit value of 3.5 (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
   1. in combination with an equivalent means of compliance in accordance with regulation 4 of this Annex: or
   2. is subject to a relevant exemption for a ship to conduct trials for sulfur oxides emission reduction and control technology research in accordance with regulation 3.2 of this Annex.

Delivering Vessel Master/Tankerman: M. Mced

This BDN is governed by NuStar's General Terms and Conditions, which are available upon request.

Master/Chief Engineer: _____ Stamp _____ [SOLVANG ASA – CHIEF ENGINEER LPG/E/C CLIPPER ENYO]

# MARINE FUEL DELIVERY NOTE



**NuStar Energy Services, Inc.**

PO BOX 781609
San Antonio, TX 78248
Tel: 210-918-2000
Fax: 210-918-3521
E-Mail: bunkers@nustarenergy.com

HMG-43211

| VESSEL NAME: | IMO NO. | DATE: |
|---|---|---|
| Clipper Enyo | 9827217 | 1-28-22 |
| **DELIVERY LOCATION:** | **ORDER NO.** | **AGENT:** |
| Targa 1 | 0020169014 | Cory Bros |
| **BARGE NAME / DOCK# / OTHER:** | **NEXT PORT OF CALL:** | |
| JDRF 22 | ANTWERP | |

| PRODUCT | GROSS BBLS | NET BBLS | TEMP | API | WEIGHT METRIC TONS |
|---|---|---|---|---|---|
| HSFO | 5558.67 | 5434.93 | 117 | 12 | 850.61 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| GRADE | VISCOSITY CST @ 50C | DENSITY @ 15C, kg/m3 | FLASH POINT (°F) | POUR POINT (°F) | MCR (%m/m) | SULFUR (% m/m) | VAN (mg/kg) | CETANE NO. (DIESEL) |
|---|---|---|---|---|---|---|---|---|
| HSFO | 303.67 | 985.5 | 187 | 10 | 15.00 | 3.15 | 241 | N/A |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

|  | DATE | TIME |
|---|---|---|
| BARGE ALONGSIDE | 1-27 | 1915 |
| HOSE CONNECTED | 1-27 | 2000 |
| STARTED PUMPING | 1-27 | 2055 |
| FINISHED PUMPING | 1-28 | 0105 |
| HOSE DISCONNECTED | 1-28 | 0130 |
| BARGE AWAY | 1-28 | 0155 |

DMA (ONLY) DYED DIESEL FOR NON TAXABLE USE ONLY
NOT TxLED DIESEL UNDER 30 TAC SEC 312-319 MAY NOT BE USED IN AFFECTED COUNTIES
The above specifications are only to be used as typical, except for Sulfur

Initial Only

| SAMPLES/SEAL # | | | | | YES | NO |
|---|---|---|---|---|---|---|
|  | IFO | IFO | MGO/MDO | VESSEL REPRESENTATIVE WITNESSED SAMPLING | ✓ | ☐ |
| SHIP | 1074229 |  |  |  |  |  |
| NESI | 1074230 |  |  | VESSEL REPRESENTATIVE WITNESS GUAGING/METER | ✓ | ☐ |
| NESI | 1074149 |  |  |  |  |  |
| MARPOL | 1074150 |  |  |  |  |  |

ANY DISCLAIMER BY THE PURCHASER OF THE MARINE FUELS COVERED BY THIS NOTE WILL HAVE NO FORCE OR EFFECT, REGARDLESS OF WHETHER THE DISCLAIMER IS IN THE FORM OF A STAMP, A HANDWRITTEN STATEMENT, OR ANY OTHER FORM.  WITHOUT LIMITING THE FOREGOING, NO DISCLAIMER BY THE PURCHASER OF MARINE FUELS COVERED BY THIS NOTE WILL ALTER OR WAIVE: THE INFORMATION CONTAINED IN THIS NOTE; THE SELLER'S MARITIME LIEN AGAINST THE RECEIVING VESSEL FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE; OR THE RECEIVING VESSEL'S LIABILITY FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE.

THE SAMPLE RETAINED BY SELLER WILL BE DEEMED THE ONLY REPRESENTATIVE SAMPLE OF THE MARINE FUELS COVERED BY THIS NOTE.  NO SAMPLE RETAINED BY THE PURCHASER MAY BE USED AS EVIDENCE IN ANY LEGAL PROCEEDING ARISING OUT OF THE SALE OF MARINE FUELS TO WHICH THIS NOTE IS RELATED.

M. Reed
NuStar Energy Services, Inc.

Master / Chief Engineer

I declare the information given above is true and correct to the best of my knowledge and belief; that I have knowledge of the facts set forth herein; that the articles described in this notice of lading were received in the quantities stated from the person and on the date indicated above; that said articles were laden on the vessel named above for use on said vessel as supplies, except as noted below. Received for use as bunkers together with representative sample, the quantities shown above.  Exact quantities subject to correction in case or error.





**CENTERLINE LOGISTICS**

Barge Name: JDRF-22  
Job No: HMG-43211  
Arrival: 2022-01-27 - 19:15  
Finish: 2022-01-28 - 01:05  
Customer Order or Nomination No: 0020169014  

Terminal/Vessel Name: CLIPPER ENYO  
Location: TARGA 1  
Start: 2022-01-27 - 20:55  
Departure: 2022-01-28 - 0155  

## Arrival Condition  (Updated: 2022-01-28 01:14:06)

| Tank | Product | API | Feet | Inches | Temp | Water Bbls | Gross Bbls | Net Bbls | Metric Tons | Conversion Factors |
|---|---|---|---|---|---|---|---|---|---|---|
| 1C | IFO380 | 12.00 | 9 | 9.00 | 117.00 | 0.00 | 4,969.82 | 4,860.98 | 760.50 | 6B: 0.97810, 13: 0.15645 |
| 2P | MGO | 35.80 | 6 | 1.00 | 64.20 | 0.00 | 3,445.77 | 3,439.22 | 461.41 | 6B: 0.99810, 13: 0.13416 |
| 2S | MGO | 35.80 | 6 | 6.00 | 64.20 | 0.00 | 3,444.92 | 3,438.37 | 461.29 | 6B: 0.99810, 13: 0.13416 |
| 3P | IFO380 | 12.00 | 10 | 0.50 | 117.00 | 0.00 | 2,367.07 | 2,315.23 | 362.22 | 6B: 0.97810, 13: 0.15645 |
| 3S | IFO380 | 12.00 | 10 | 3.50 | 117.00 | 0.00 | 2,371.30 | 2,319.37 | 362.87 | 6B: 0.97810, 13: 0.15645 |
| 4C | IFO380 | 12.00 | 5 | 6.75 | 117.00 | 0.00 | 6,436.86 | 6,295.89 | 984.99 | 6B: 0.97810, 13: 0.15645 |

### Summary of Arrival Condition

| Product | A.P.I. | Water Bbls | Gross Bbls | Net Bbls | Metric Tons |
|---|---|---|---|---|---|
| IFO380 | 12.0 | 0.00 | 16,145.05 | 15,791.47 | 2,470.58 |
| MGO | 35.8 | 0.00 | 6,890.69 | 6,877.59 | 922.70 |

## Departure Condition  (Updated: 2022-01-28 01:14:06)

| Tank | Product | API | Feet | Inches | Temp | Water Bbls | Gross Bbls | Net Bbls | Metric Tons | Conversion Factors |
|---|---|---|---|---|---|---|---|---|---|---|
| 1C | IFO380 | 12.00 | 13 | 5.25 | 117.00 | 0.00 | 2,928.48 | 2,864.34 | 448.13 | 6B: 0.97810, 13: 0.15645 |
| 2P | MGO | 35.80 | 6 | 1.00 | 64.20 | 0.00 | 3,445.77 | 3,439.22 | 461.41 | 6B: 0.99810, 13: 0.13416 |
| 2S | MGO | 35.80 | 6 | 6.00 | 64.20 | 0.00 | 3,444.92 | 3,438.37 | 461.29 | 6B: 0.99810, 13: 0.13416 |
| 3P | IFO380 | 12.00 | 10 | 0.50 | 117.00 | 0.00 | 2,367.07 | 2,315.23 | 362.22 | 6B: 0.97810, 13: 0.15645 |
| 3S | IFO380 | 12.00 | 10 | 3.50 | 117.00 | 0.00 | 2,371.30 | 2,319.37 | 362.87 | 6B: 0.97810, 13: 0.15645 |
| 4C | IFO380 | 12.00 | 13 | 2.25 | 117.00 | 0.00 | 2,919.54 | 2,855.60 | 446.76 | 6B: 0.97810, 13: 0.15645 |

### Summary of Departure Condition

| Product | A.P.I. | Water Bbls | Gross Bbls | Net Bbls | Metric Tons |
|---|---|---|---|---|---|
| IFO380 | 12.0 | 0.00 | 10,586.38 | 10,354.54 | 1,619.97 |
| MGO | 35.8 | 0.00 | 6,890.69 | 6,877.59 | 922.70 |

| Arrival | Port | Stbd | | Departure | Port | Stbd | | | TPI |
|---|---|---|---|---|---|---|---|---|---|
| Aft | 11.00 | 11.00 | | Aft | 8.00 | 8.00 | | Arrival | - |
| Fwd | 9.00 | 9.00 | | Fwd | 8.00 | 8.00 | | Departure | - |

## Products Loaded (-) / Discharged (+)

| Product | A.P.I. | Gross | Net | Metric Tons |
|---|---|---|---|---|
| IFO380 | 12.00 | 5,558.67 | 5,436.93 | 850.61 |
| MGO | 35.80 | 0.00 | 0.00 | 0.00 |

**Remarks**

Tankerman Signature & Date: M. Reed  1-28-22

Terminal/Vessel Rep. Signature & Date: [signature]  1-28-22

Ship Stamp: [stamp: CHIEF ENGINEER CLIPPER ENYO / SOLVANG ASA]





# CENTERLINE LOGISTICS

*(This is not a receipt)*    BARGE/SHIP

## DELIVERING BARGE: JDRF-22

| TO: CLIPPER ENYO | DATE: 01/27/2022 | TIME: 20:12 |

Dear Sirs:

We are ready to deliver the following fuel(s) to your ship. If your ship requires a slow pumping rate please so indicate.

| PRODUCT GRADE | GRAVITY API | ORDERED QUANTITY | PUMPING ORDER | *REQUESTED MAXIMUM RATE |
|---|---|---|---|---|
| HSFO | 12 | 850 MT | ONLY | 250m³ or 3.3 bar |
| MGO | N/A | N/A | N/A | — |

### SAFETY REGULATIONS

We are making every effort to prevent pollution of the harbor and ask for your cooperation in that endeavor. Please adhere to all local, state and federal laws and regulations. Please be sure that scuppers in the way of any possible tank overflow are plugged and that the red flag or light is displayed.

### *REQUESTED PUMPING RATE

We will begin pumping at a rate believed to be below your requested maximum. However, as our barges do not have flow meters, we cannot determine the exact rate at which we are delivering to your ship. If our rate is too fast or too slow, we ask you to advise us accordingly. An increase to the maximum rate will require a new introduction letter be completed. Max Rate may be indicated as MT per hour or PSI/BAR (at barge manifold). BAR will be calculated as 14.5 PSI per BAR.

### HOSE CONNECTION

Hose connections to the ship must be made by ships personnel; and ships personnel are responsible for ensuring that all hose blanks are clean, secure, and leak-free when transfer is completed. New gaskets will be provided and all flange bolts and nuts must be tightened utilizing a criss-cross or star pattern.

### SAMPLING

As per charter orders neither the barge nor its crew can accept samples taken aboard the ship. All other sampling procedures are to remain the same. Nor allow foreign ship sample numbers be added on BDN.

NOTE: Pursuant to the Gulf Coast Bunkering Best Practices Protocols; ALL oil transfer operations will be suspended at any time the vessel is actively loading or unloading containers within the foot print of the bunker barge. This would include all above deck containers three rows back from the off shore side of the vessel. Please ensure that you communicate this with the crews working containers on your vessel. There will be NO exceptions to this protocol.

SHIP STAMP

_____
SUPPLIER REPRESENTATIVE

_____
SHIP REPRESENTATIVE

BARGE/SHIP

# Declaration of Security (DoS)

__JDRF-22__
Name of Barge

__Clipper Enyo__
Name of Facility/Name of Other Vessel

This Declaration of Security is valid for cargo transfer operations (i.e., any movement of oil or hazardous material to, from, or with a vessel by means of pumping, gravitation, or displacement) under MARSEC Level __1__.

The involved parties agree to the following security responsibilities:

| Activity | Responsible party to initial: | |
|---|---|---|
| | Barge | Vessel or Facility |
| 1. Communications established between the barge and facility or other vessel. | | |
| (a) Means of raising alarm agreed between the barge and facility or other vessel. | [initial] | [initial] |
| (b) Report/communicate any noted security non-conformities and notify appropriate authorities. | [initial] | [initial] |
| (c) COTP zone-specific security information passed to barge and notification procedures established (specifically who contacts local authorities, National Response Center and Coast Guard). | [initial] | [initial] |
| 2. Responsibility for checking identification of: | | |
| (a) crew | [initial] | [initial] |
| (b) third party personnel | [initial] | [initial] |
| 3. Responsibility for searching the berth/pier directly surrounding the vessel/barge. | [initial] | [initial] |
| 4. Responsibility for monitoring and/or performing security of water surrounding the vessel/barge. | [initial] | [initial] |
| 5. Verification of increase MARSEC Level and implementation of additional protective measures. | [initial] | [initial] |

The signatories to this agreement certify that security arrangements during the cargo transfer operations are in place and maintained.

Date __1-27-22__

[signature]
Vessel Security Officer (VSO) or designee

__S. Urano Capt.__
Name and Title, VSO or designee

__81A__
Contact Information

[signature]
Facility Security Officer (FSO) or VSO or designee

__V. Lisenkovs   C/E__
Name and Title, FSO or VSO or designee

__+44-20-3808-6707__
Contact Information

STAMP 



| Barge Name: | JDRF-22 |
|---|---|
| Port: | HOUSTON |
| Load location: | BOSTCO |
| Load Date: | 1/25/2022 |

| Grade | Viscosity cst @ 50 C | API | Density | FLASH POINT (F) | POUR POINT (F) | MCR (%m/m) | SULFUR (% m/m) | VAN (mg/kg) | Cetane No. (Diesel) | Water |
|---|---|---|---|---|---|---|---|---|---|---|
| HSFO | 303.67 | 12 | 985.5 | 187 | 10 | 15.003 | 3.15 | 241 | N/A | 0.15 |
| | | | | | | | | | | |
| | | | | | | | | | | |

NUSTAR REP S. Vivane

CHIEF ENGINEER

SHIP STAMP

