UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GLANDER INTERNATIONAL BUNKERING, INC. | § § § § § | |
| Plaintiff, | | |
| VS. | § § § | 3:23-cv-71 |
| NUSTAR ENERGY SERVICES, INC., | § § § | |
| Defendant. | | |

# **ORDER**

The parties have advised the court that they have reached a settlement. Minute Entry 09/30/2024. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, December 6, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, December 6, 2024.

Signed on Galveston Island this 7th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE