UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **GLANDER INTERNATIONAL BUNKERING, INC.** § § | | |
| Plaintiffs § | | |
| § | | C.A. NO. 3:23-CV-00071 |
| V. § | | Admiralty 9(h) |
| § | | |
| **NUSTAR ENERGY SERVICES, INC.** § § | | |
| Defendant § | | |

### PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Glander International Bunkering, Inc. "Glander" and Defendant Nustar Energy Services, Inc. "NuStar" (collectively "the Parties") file this Joint Motion to Dismiss With Prejudice. Having resolved by agreement the matters pending in the above-referenced lawsuit, the Parties move the Court to dismiss all claims, causes of action, and/or motions brought by any of the parties hereto.

1. All matters in controversy between Plaintiff and Defendant have been settled and resolved.

2. Plaintiff Glander desires to dismiss its claims and causes of action against Defendant NuStar *with prejudice*.

3. Costs are to be taxed against the parties incurring same.

Plaintiff Glander and Defendant NuStar respectfully request the Court to enter an Order dismissing all claims and causes of action, with prejudice, and that all costs of court be taxed against the party incurring same.

150272255.1

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Walter J. Gallant*
WALTER J. GALLANT
Attorney-in-charge
State Bar No. 00784100
SDTX Bar No.15394
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  (832) 460-4610
Facsimile:  (713) 759-6830
Walter.Gallant@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT NUSTAR ENERGY SERVICES, INC.**

ROYSTON RAYZOR VICKERY & WILLIAMS, LLP

*\*   /s/ Dimitri P. Georgantas*
Dimitri P. Georgantas
Attorney-in-Charge
State Bar No. 07805100
SDTX Bar No. 2805
Blake E. Bachtel
State Bar No. 24116055
SDTX No. 3479533
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone:  (713) 224-8380
Facsimile: (713) 225-9545
dimitri.georganats@roystonlaw.com
blake.bachtel@roystonlaw.com
***ATTORNEYS FOR PLAINTIFF GLANDER INTERNATIONAL BUNKERING, INC.***

\**Signed with permission.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this day of January, 2025.

/s/   *Walter J. Gallant*
_____
WALTER J. GALLANT

Dimitri P. Georgantas
Attorney-in-Charge
State Bar No. 07805100
SDTX Bar No. 2805
Blake E. Bachtel
State Bar No. 24116055
SDTX No. 3479533
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
T:  (713) 224-8380
E:  dimitri.georganats@roystonlaw.com
    blake.bachtel@roystonlaw.com
ATTORNEYS FOR PLAINTIFF
GLANDER INTERNATIONAL BUNKERING, INC.