UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GLANDER INTERNATIONAL BUNKERING, INC. | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-71 |
| NUSTAR ENERGY SERVICES, INC., | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed motion to dismiss with prejudice. Dkt. 28. Having considered the motion based upon a confidential settlement entered between the plaintiff and the defendant, the court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the plaintiff against the defendant.

Each party to bear its own respective costs and attorneys' fees.

Signed on Galveston Island this 13th day of January, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE